IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY ARENA. *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL ACTION NO. H-12-2678 |
| MAGY ADAM, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Plaintiffs filed a motion for continuance of the scheduling conference, (Docket Entry No. 5). The motion is granted. The initial pretrial and scheduling conference is reset to **January 25, 2013, at 10:00 a.m.** The joint discovery/case management plan is due by January 11, 2013.

SIGNED on December 13, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge