IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY ARENA. *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-2678 |
| | § | |
| MAGY ADAM, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Since this case was filed in September 2012, little has occurred. The plaintiffs obtained an entry of default in June 2013 against one defendant. The court ordered them to file a motion for entry of default judgment with proof of damages and other relief and set a deadline. No such motion has been filed. Instead, the plaintiffs twice moved for continuance, which was granted, but the deadline set expired in September 2013 with no filings. The plaintiffs were also ordered to file additional evidence in support of default against other defendants, without any action within the deadline set. No activity has occurred since August 29, 2013.

Given this record, this case is dismissed, without prejudice, for failure to comply with the court's orders and for failure to prosecute. Relief from this order of dismissal may be sought under Rule 60(b) of the Federal Rules of Civil Procedure.

SIGNED on February 4, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge